1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10 ESS'NN A. AUBERT,                         CASE NO. 1:07-cv-01629-LJO-GSA  PC

11                    Plaintiff,            ORDER FINDING SERVICE OF COMPLAINT
                                            APPROPRIATE, AND FORWARDING
12        v.                                SERVICE DOCUMENTS TO PLAINTIFF FOR
                                            COMPLETION AND RETURN WITHIN
13 KEVIN ELIJAH, et al.,                    THIRTY DAYS

14                    Defendants.
                                            (Doc. 1)
15 _____/

16
17        Plaintiff Ess'nn A. Aubert is a state prisoner proceeding *pro se* and *in forma pauperis* in

18 this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on November

19 8, 2007.

20        Having screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, this Court finds

21 that it states cognizable claims for relief under section 1983 against defendants Kevin Elijah and

22 Mario Garcia for use of excessive physical force in violation of the Eighth Amendment.[1]  Fed. R.

23 Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune,

24 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003);

25 Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

26 ///

27 _____

28        [1] In a Findings and Recommendations issued concurrently with this order, this Court recommended that
Plaintiff's supervisory liability claim against defendant Hedgpeth, the warden of Kern Valley State Prison, be
dismissed from this action for failure to state a claim upon which relief may be granted.

1

Accordingly, it is HEREBY ORDERED that:

1.      Service is appropriate for the following Defendants:

             C/O Kevin Elijah

             C/O Mario Garcia

2.      The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Plaintiff's complaint filed November 8, 2007.

3.      Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

             a.      Completed summons;

             b.      One completed USM-285 form for each defendant listed above; and

             c.      Three (3) copies of the endorsed complaint filed November 8, 2007.

4.      Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.      **The failure to comply with this order will result in a recommendation that this action be dismissed.**


IT IS SO ORDERED.

Dated:   **June 1, 2009**            _____/s/ **Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE