IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'N A. AUBERT, | 1:07-cv-01629-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE |
| vs. | |
| KEVIN ELIJAH, et al., | (Doc. 33) |
| Defendants. | New Dispositive Motions Deadline - 10/29/2010 |

Plaintiff is a former prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 27, 2010, defendant Elijah filed an ex parte motion to extend the deadline for the parties in this action to file pretrial dispositive motions. (Doc. 33.) Defendant requests an extension of the deadline until after the Court's ruling on Defendant's pending dispositive motion is known. The current deadline for the filing of dispositive motions is August 30, 2010.

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the deadline for all parties to this action to file pretrial dispositive motions is extended until **October 29, 2010**. No further extensions shall be granted without good cause.

IT IS SO ORDERED.

Dated: **July 28, 2010**          /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE