UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'N AUBERT,<br><br>       Plaintiff,<br><br>  vs.<br><br>C/O KEVIN ELIJAH and C/O MARIO GARCIA,<br><br>       Defendants. | 1:07-cv-01629-LJO-GSA-PC<br><br>ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE<br>(Doc. 84.) |

Ess'n Aubert is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. §1983. This case is scheduled for jury trial on October 29, 2013 at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill.

On May 3, 2013, Plaintiff filed a motion to schedule a settlement conference in this action. (Doc. 84.) Plaintiff asserts that he has sent correspondence to Defendants to make arrangements for a telephonic conference to discuss settlement.

The Court shall not require Defendants to attend a settlement conference at this stage of the proceedings. On April 30, 2013, Defendants notified the Court that they are not interested in a settlement conference in this case, and on May 2, 2013, the Court scheduled this case for trial. (Docs. 82. 83.) Therefore, Plaintiff's motion shall be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a settlement conference, filed on May 3, 2013, is DENIED.

IT IS SO ORDERED.

Dated: __**May 6, 2013**__   _____/s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE