UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>        Plaintiff,<br><br>    vs.<br><br>CORRECTIONAL OFFICERS KEVIN ELIJAH AND MARIO GARCIA,<br><br>        Defendants. | 1:07-cv-01629-LJO-GSA-PC<br><br>ORDER CONTINUING JURY TRIAL<br><br>**Jury Trial Continued**:<br><br>   From:  October 29, 2013, at 8:30 a.m. in Courtroom 4 (LJO)<br><br>   To:       November 5, 2013, at 8:30 a.m. in Courtroom 4 (LJO)<br><br>ORDER OFFERING DEFENDANTS OPPORTUNITY TO CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN SEVEN DAYS<br><br>ORDER FOR CLERK TO SEND CONSENT/DECLINE FORM TO DEFENDANTS |

   This civil rights action, brought pursuant to 42 U.S.C. § 1983, proceeds on the original Complaint filed by state prisoner Ess'nn A. Aubert ("Plaintiff") on November 8, 2007, against defendants Correctional Officers (C/O) Kevin Elijah and Mario Garcia ("Defendants"), for use

of excessive force against Plaintiff, in violation of the Eighth Amendment. (Doc. 1.)[1] This case is presently set for jury trial on October 29, 2013 before District Judge Lawrence J. O'Neill.

The parties are **HEREBY NOTIFIED** that due to Judge O'Neill's impacted trial calendar, it is necessary to continue the trial for this action to November 5, 2013 at 8:30 a.m. before District Judge Lawrence J. O'Neill.

Defendants are offered another opportunity to consent to Magistrate Judge jurisdiction, by Friday, October 25, 2013. Case management difficulties, including trial setting and interruption, are avoided if the parties consent to conduct of further proceedings by a U.S. Magistrate Judge. The civil and criminal dockets of the U.S. Magistrate Judges in Fresno are much less crowded than those of the District Court Judges and consequently the Magistrate Judges are able to give litigants firm trial dates. This Court recognizes that Defendants have filed a decline to Magistrate Judge jurisdiction. However, given the gravity of Judge O'Neill's inability to commit to trials, Defendants are encouraged to reconsider Magistrate Judge consent.[2]

Accordingly, IT IS HEREBY ORDERED that:

1. The jury trial for this action is continued:

    <u>From</u> October 29, 2013, at 8:30 a.m. in Courtroom 4 (LJO)

    <u>To</u> November 5, 2013, at 8:30 a.m. in Courtroom 4 (LJO);

2. The Clerk is directed to send Defendants the court's form for consent to or decline of Magistrate Judge jurisdiction; and

3. Defendants are offered another opportunity to consent to Magistrate Judge jurisdiction, by returning the court's consent form by this Friday, October 25,

---

[1] On July 31, 2009, the court dismissed all other claims and defendants from this action, based on Plaintiff's failure to state a claim. (Doc. 17.)

[2] Plaintiff filed consents to U.S. Magistrate Judge jurisdiction on May 13, 2013 and May 28, 2013 in response to the court's second scheduling order, in which the parties were directed to either consent to or decline U.S. Magistrate Judge jurisdiction. (Docs. 86, 89.)

2013.³   IF there is M.J. jurisdiction, and the parties both wish to keep the original date, that is a possibility, but both sides need to advise the Court of that desire when they consent.

IT IS SO ORDERED.

    Dated:   **October 21, 2013**           **/s/ Lawrence J. O'Neill**
                                                                              UNITED STATES DISTRICT JUDGE

---

[3] The court's form gives the parties thirty days in which to submit the form for consent to or decline of Magistrate Judge jurisdiction. However, due to time constraints, Defendants are encouraged to sign and submit the form to the court immediately if interested.