## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESS'NN A. AUBERT,** | 1:07-cv-01629-LJO-GSA-PC |
| **Plaintiff,** | |
| vs. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT** |
| **KEVIN ELIJAH, et al.,** | **ESS'NN A. AUBERT, CDC # V-77688** |
| **Defendants.** | DATE:  November 5, 2013 |
| _____ / | TIME:  7:30 a.m. |

Plaintiff, ESS'NN A. AUBERT, inmate CDC# V-77688, a necessary and material witness on his own behalf in proceedings in this case on November 5, 2013, is confined at the California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on November 5, 2013 at 7:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   The Warden of the California Substance Abuse Treatment Facility:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:   **October 22, 2013**              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE