UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>         Plaintiff,<br><br>    vs.<br><br>CORRECTIONAL OFFICERS KEVIN ELIJAH AND MARIO GARCIA,<br><br>         Defendants. | 1:07-cv-01629-LJO-GSA-PC<br><br>SECOND ORDER CONTINUING JURY TRIAL<br><br>**Jury Trial Continued:**<br><br>   **From:  November 5, 2013, at 8:30 a.m. in<br>             Courtroom 4 (LJO)**<br><br>   **To:     November 6, 2013, at 8:30 a.m. in<br>             Courtroom 4 (LJO)** |

The parties to this action are **HEREBY NOTIFIED** that due to an unforeseen event, it is necessary to continue the trial for this action to November 6, 2013 at 8:30 a.m. before District Judge Lawrence J. O'Neill.

Accordingly, IT IS HEREBY ORDERED that the jury trial for this action is continued for one day as follows:

   From November 5, 2013, at 8:30 a.m. in Courtroom 4 (LJO)

   To November 6, 2013, at 8:30 a.m. in Courtroom 4 (LJO)

IT IS SO ORDERED.

   Dated:   **October 31, 2013**            **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28