UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>           Plaintiff,<br><br>     vs.<br><br>CORRECTIONAL OFFICERS KEVIN ELIJAH AND MARIO GARCIA,<br><br>           Defendants. | 1:07-cv-01629-LJO-GSA-PC<br><br>ORDER VACATING OCTOBER 22, 2013 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO ESS'NN A. AUBERT, CDC# V-77688 (DOCUMENT #100)<br><br>Transportation Scheduled for November 5, 2013 **VACATED** |

On October 22, 2013, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff Ess'nn A. Aubert, commanding the Warden of the California Substance Abuse Treatment Facility in Corcoran, California to produce California prisoner Ess'nn A. Aubert #V-77688 at the United States District Court, 2500 Tulare Street, Fresno, California, on November 5, 2013 at 7:30 a.m. to attend the trial for this action.

The trial is being continued to November 6, 2013, due to an unforeseen event.  By separate orders, the court shall continue the trial and issue a new Writ of Habeas Corpus Ad Testificandum to transport Plaintiff.

Accordingly, due to the continuance of the trial in this action, IT IS HEREBY ORDERED that the court's order of October 22, 2013, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on October 22,

2013, commanding the production of inmate Ess'nn A. Aubert on November 5, 2013, IS VACATED.

IT IS SO ORDERED.

    Dated:  **October 31, 2013**         **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE