FILED

NOV 0 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CORRECTIONAL OFFICERS KEVIN ELIJAH AND MARIO GARCIA,<br><br>    Defendants. | 1:07-cv-01629-LJO-GSA-PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (Doc. 117.)<br><br>**As to Ess'nn Aubert, CDC# V-77688** |

Jury trial in this matter commenced on November 6, 2013, at 8:30 a.m, and inmate witness Ess'nn Aubert has given testimony before the court. Inmate witness Ess'nn Aubert, CDC# V-77688, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issued on October 31, 2013, is HEREBY DISCHARGED.

DATED: Nov 7, 2013

_____
U. S. DISTRICT JUDGE LAWRENCE J. O'NEILL